Michael LIPESKY and Leslie
Dell, Respondents

v.

James A. MAHAN, Petitioner

No. 790 MAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

### ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is DENIED.

Daniel SMITH, Petitioner

v.

ALLEGHENY COUNTY DEPART-
MENT OF COURT REC-
ORDS, Respondent

No. 11 WAL 2017

Supreme Court of Pennsylvania.

May 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.

Gary PAVLIC, Petitioner

v.

John F. BELL, et al., Respondents

No. 524 WAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is DENIED.